

# Fourth Court of Appeals
## San Antonio, Texas

June 12, 2019

No. 04-19-00243-CV

**IN THE INTEREST OF K.R., A CHILD**,
Appellant

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-00026
The Honorable Mary Lou Alvarez, Judge Presiding

## O R D E R

Appellant's motion for extension of time to file her brief is GRANTED. Appellant's brief is due on or before June 17, 2019.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of June, 2019.

_____
Keith E. Hottle,
Clerk of Court